NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PERNIX SERKA JOINT VENTURE,**
*Appellant*

**v.**

**SECRETARY OF STATE,**
*Appellee*

---

2020-2153

---

Appeal from the Civilian Board of Contract Appeals in No. 5683, Administrative Judge Patricia J. Sheridan, Administrative Judge Jeri Kaylene Somers, Administrative Judge Joseph A. Vergilio.

---

**JUDGMENT**

---

DOUGLAS LEO PATIN, Bradley Arant Boult Cummings LLP, Washington, DC, argued for appellant. Also represented by RANDOLPH MACPHERSON, Halloran & Sage, Washington, DC.

STEVEN JOHN GILLINGHAM, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by BRIAN M. BOYNTON, ROBERT EDWARD

KIRSCHMAN, JR.; ERIN M. KRIYNOVICH, Office of the Legal Adviser for Buildings and Acquisitions, United States Department of State, Washington, DC.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, PROST and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| June 9, 2021 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |